IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00696-RBJ

MARILYN J. FRIEHE,

    Plaintiff,

v.

ROCKY MOUNTAIN HOTEL PROPERTIES I, LLC,

    Defendant.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **four day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **June 13, 2016 at 9:00 a.m.**

A **Trial Preparation Conference** is set for **May 20, 2016 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to [Jackson_chambers@cod.uscourts.gov](mailto:Jackson_chambers@cod.uscourts.gov) at least five business days in advance of the Trial Preparation Conference.

Additionally, this Court does not require or hold final pretrial conferences. Therefore, **the final pretrial conference set April 7, 2016 at 9:30 a.m. is vacated** and the parties do not need to submit a proposed pretrial order.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 16th day of July, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge