IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-00696-RBJ-KMT

MARILYN FRIEHE,

    Plaintiff

v.

ROCKY MOUNTAIN HOTEL PROPERTIES I, LLC.

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having reviewed same and being fully advised; ORDERS that the Motion is GRANTED, and that the action is hereby dismissed, with prejudice, each party to pay its own costs and attorney fees. DATED this ___16th__ day of February, 2016.

BY THE COURT:

_[signature]_
District Court Judge